RECEIVED
05 JUN 28 PM 2: 19
U.S. MARSHALS SERVICE
NORTHERN GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 16 2001

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

-vs-

Case No. 1:00-CR-787-CC

MARIO MONTOYA-CARDONA

51975-019

Defendant's Attorney:
Jimmy Hardy

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant plead guilty to Count(s) 1 of the Indictment.

Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 8 U.S.C. 1326 | Unlawful Re-entry after Deportation | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay the special assessment of $ 100.00 which shall be due immediately.

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 05/24/56
Defendant's Mailing Address:
Atlanta Pretrial Detention Center
Atlanta, Georgia

Signed this the /3th day of April, 2001.

Date of Imposition of Sentence:
April 10, 2001

_____
CLARENCE COOPER
UNITED STATES DISTRICT JUDGE

ATTEST: A TRUE COPY
CERTIFIED THIS

APR 1 8 2001

Luther D. Thomas
By: _____
Deputy Clerk

1:00-CR-787-CC : MARIO MONTOYA-CARDONA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **THIRTY-SEVEN MONTHS.**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 2 9 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

Defendant delivered on __D6-22-05__ to __MCA__

at __1230__, with a certified copy of this judgment.

UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal
Records Clerk